■ FRANK RACK, as Administrator of the Estate of ANNA RACK, Deceased, Respondent, v MARY IMMACULATE HOSPITAL, DIVISION OF THE CATHOLIC MEDICAL CENTER OF BROOKLYN AND QUEENS, et al., Defendants and W. WADHERA, Appellant. — In a negligence action to recover damages for personal injuries, the defendant Wadhera appeals from an order of the Supreme Court, Kings County, dated February 4, 1980, which denied, without prejudice, her motion, *inter alia,* to dismiss the complaint for failure to serve a proper bill of particulars, or, in the alternative, to preclude the plaintiff from presenting proof at trial as to certain matters. Order affirmed, with $50 costs and disbursements. We cannot agree with the appellant's contention that the bill of particulars contained a new cause of action, or altered the cause of action set forth in the complaint (see *B & F Leasing Co. v Ashton Cos.,* 42 AD2d 652). The complaint alleged that the decedent was injured in an accident while an inpatient at the defendant Mary Immaculate Hospital, and that the accident resulted from the negligence of the defendants, including the appellant, who is a physician. The bill of particulars, which alleged various acts of medical malpractice that may have been responsible for the accident, served to amplify the conclusory allegations of the complaint and cannot be considered improper. Hopkins, J.P., Rabin, Gulotta and Thompson, JJ., concur.

■ REGO ASSOCIATES, Respondent, v MORAL FIVE CORPORATION et al., Appellants, et al., Defendants. JAMAICA SAVINGS BANK, Respondent, v BOSTONIAN HOLDINGS, INC., et al., Defendants, and MORAL FIVE CORPORATION et al., Appellants. — Order of the Supreme Court, Queens County, dated October 16, 1979, affirmed insofar as appealed from, with $50 costs and disbursements (see *570 Kosciusko Realty Corp. v Kingdale Estates,* 256 App Div 997). Titone, J.P., Lazer, Mangano and O'Connor, JJ., concur.

■ MICHAEL REID, an Infant, et al., Respondents, v HEALTH INSURANCE PLAN OF GREATER NEW YORK et al., Defendants, and CENTRAL NASSAU MEDICAL GROUP et al., Appellants. — Order of the Supreme Court, Nassau County, dated February 5, 1980, affirmed, with $50 costs and disbursements (see *Anker v Brodnitz,* 73 AD2d 589; *Vogel v Jewish Hosp. & Med. Center of Brooklyn,* 73 AD2d 601). Appellants' time to furnish the information directed in the order under review is extended until 20 days after service upon them of a copy of the order to be made hereon, with notice of entry thereof. Titone, J.P., Lazer, Mangano and Cohalan, JJ., concur.

■ WILLIAM SCHOOLMAN et al., Appellants, v RALPH MANNONE et al., Respondents. (And a Third-Party Action.) — Judgment of the Supreme Court, Suffolk County, entered September 8, 1978, affirmed. No opinion. Appeal from an order of the same court, dated October 27, 1980, dismissed. The motion was one for reargument and no appeal lies from an order denying reargument. Defendants are awarded one bill of costs to cover both appeals. Hopkins, J.P., Rabin, Gulotta and Thompson, JJ., concur.